STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Jesse Jackson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**  Plaintiff,  v.  **Jesse Jackson,**  Defendant. | Case Number: 13cr642-RS  ORDER  **Joint Stipulation Continuing Change of Plea Hearing Date**  Date:  May 20, 2014  Time:  2:30 p.m. |

Defendant Jesse Jackson is currently set for entry of change of plea on May 20, 2014, at 2:30 p.m. Mr. Jackson needs to be arraigned on a superseding information prior to the entry of plea, accordingly, the parties request a continuance of change of plea hearing from May 20, 2014, to May 27, 2014, so Mr. Jackson can appear before the Magistrate Judge for arraignment.

Dated:  May 19, 2014                        /s/ Candis Mitchell
                                             CANDIS MITCHELL
                                             Attorney for Defendant Jesse Jackson

Dated:  May 19, 2014                        /s/ Benjamin Tolkoff
                                             BENJAMIN TOLKOFF
                                             Assistant United States Attorney

Stipulation to Continue and Proposed Order
13cr642-RS                   1

1
2
### [~~Proposed~~] ORDER

3   For the reasons stated, the Court continues the change of plea hearing date from May 20, 2014, at

4 2:30 p.m., to May 27, 2014 at 2:30 p.m.

5
6 SO ORDERED.

7
8 DATED: 5/20/14                            _____
                                            **The Honorable Richard Seeborg**
9                                           United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 Stipulation to Continue and Proposed Order
   13cr642-RS                    2